# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**CHEKETA MCKNIGHT-NERO.,**

        **Plaintiff, individually and on
behalf of all others similarly situated,**      Civil Action No.: 1:20-cv-1541

**v.**

**WALMART, INC.**

        **Defendant.**

---

## PLAINITFF'S MOTION FOR CLASS CERTIFICATION

---

Pursuant to Federal Rule of Civil Procedure 23 (c)(1) and Local Rule 23.1(b), Plaintiff hereby moves for certification under Federal Rule of Civil Procedure 23(b)(2) of a class comprised of all people identified as "immunocompromised" and current consumers of Defendant Walmart. In support of its motion, plaintiff provides an accompanying (1) memorandum and (2) proposed order.

Dated: August 20, 2020

By: */s/Ikechukwu Emejuru*
Ikechukwu Emejuru
**Emejuru Law L.L.C.**
8403 Colesville Road
Suite 1100
Silver Spring, MD 20910
Telephone: (240) 638-2786
Facsimile: 1-800-250-7923
iemejuru@emejurulaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August 2020, I served the foregoing Motion to

Certify Class and Memorandum in Support to the following: via CM/ECF to the following:

John M. Majoras (Bar No. 474267)
Yaakov M. Roth (Bar. No. 995090
William G. Laxton Jr. (Bar No. 982688)
Debra R. Belott (Bar No. 993507)
51 Lousiana Avenue, NW,
Washington, DC 20001
Telephone: (202) 879-3939
jmmajoras@jonesday.com
yroth@jonesday.com
wglaxton@jonesday.com
dbelott@jonesday.com

*Attorneys for Defendant Walmart, Inc.*

*/s/Ikechukwu Emejuru*