# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHEKETA MCKNIGHT-NERO,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 20-cv-1541 (APM) |
| **WALMART, INC.,** | ) |
| **Defendant.** | ) |

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 19, Defendant's Motion to Dismiss, ECF No. 13, is granted in full.

This is a final, appealable order.

Dated: February 19, 2021

Amit P. Mehta
United States District Court Judge